ACCEPTED
15-24-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 2:33 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00039-CV

IN THE FIFTEENTH COURT OF APPEALS

MAZDA MOTOR OF NORTH AMERICA, INC. A/K/A MADA MOTOR OF
AMERICA, INC.,

*Appellant,*

v.

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 2:33:05 PM
CHRISTOPHER A. PRINE
Clerk

ALL STAR IMPORTS, INC. D/B/A WORLD CAR MAZDA NORTH and
BOARD OF THE TEXAS DEPARTMENT OF MOTOR VEHICLES,

*Appellees.*

On Appeal from the 279th Judicial District Court of
Travis County, Texas, Cause No. D-I-GN-23-005034

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Please take note of the following change of contact information and

law firm for Jeff Nobles, counsel for appellant in this appeal.

> Jeff Nobles
> State Bar No. 15053050
> jeff.nobles@jeffnobleslaw.com
> JEFF NOBLES LAW PLLC
> 232 Diamondback Drive
> Georgetown, Texas 78628
> 737-304-1625

Please note the email and phone numbers have changed.

Appellant respectfully requests that this attorney continue to receive service and notice of all documents filed or served on appellant.

Respectfully submitted,

Brit T. Brown
brit.brown@akerman.com
Benjamin A. Escobar
ben.escobar@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

*/s/ Jeff Nobles*
Jeff Nobles
Texas Bar No. 15053050
jeff.nobles@jeffnobleslaw.com
JEFF NOBLES LAW PLLC
232 Diamondback Drive
Georgetown, Texas 78628
737-304-1625 (Telephone)

ATTORNEYS FOR APPELLANT

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, a true and correct copy of this Motion was served on the following counsel of record via electronic mail.

Jeffrey L. Oldham
Bracewell, LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

Jarod R. Stewart
Steptoe LLP
717 Texas Avenue, Suite 2800
Houston, Texas 77002

*Counsel for Appellee*
*All Star Imports, Inc. d/b/a*
*World Car Mazda North*

Kathy Johnson
Office of the Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Counsel for Appellee*
*Board of The Texas Department of*
*Motor Vehicles*

*/s/ Jeff Nobles*
Jeff Nobles

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103997854
Filing Code Description: Other Document
Filing Description: Notice of Change of Firm and Address
Status as of 8/5/2025 2:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin AEscobar | | benjamin.escobar@akerman.com | 8/5/2025 2:33:05 PM | SENT |
| Brit T.Brown | | brit.brown@akerman.com | 8/5/2025 2:33:05 PM | SENT |
| Neila Olvera | | neila.olvera@akerman.com | 8/5/2025 2:33:05 PM | SENT |
| Jeffery Nobles | 15053050 | jeff.nobles@gmail.com | 8/5/2025 2:33:05 PM | SENT |
| Jeffrey Oldham | 24051132 | joldham@jw.com | 8/5/2025 2:33:05 PM | SENT |
| Walter Simons | 24098429 | walter.simons@bracewell.com | 8/5/2025 2:33:05 PM | SENT |
| Jarod Stewart | 24066147 | jstewart@steptoe.com | 8/5/2025 2:33:05 PM | SENT |
| Austin Kreitz | 24102044 | akreitz@steptoe.com | 8/5/2025 2:33:05 PM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 8/5/2025 2:33:05 PM | SENT |
| Christian Young | | christian.young@oag.texas.gov | 8/5/2025 2:33:05 PM | SENT |
| Kathy Johnson | | Kathy.Johnson@oag.texas.gov | 8/5/2025 2:33:05 PM | SENT |
| Terri Patton | | terri.patton@bracewell.com | 8/5/2025 2:33:05 PM | SENT |
| Christina Ramos | | cramos@steptoe.com | 8/5/2025 2:33:05 PM | SENT |
| Sallie Woodell | | swoodell@steptoe.com | 8/5/2025 2:33:05 PM | SENT |
| Jeff Nobles | | jeff.nobles@jeffnobleslaw.com | 8/5/2025 2:33:05 PM | SENT |